UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE LOWELL WILLIAMS, II,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>SERGEANT R. MORGAN,<br><br>　　　　　Defendant. | NO: CV-10-5021-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING ALL CLAIMS WITH PREJUDICE |

　　　Magistrate Judge Imbrogno filed a Report and Recommendation, ECF No. 27, on March 25, 2011, recommending that Sergeant Morgan's Motion for Summary Judgment, EFC No. 21, be granted and that Bruce Williams' Complaint, ECF Nos. 1, 6, be dismissed with prejudice. Williams has not filed any objections.

　　　Having reviewed the Report and Recommendation and the files and records herein, the Court adopts the findings of fact and conclusions of law in the magistrate judge's report and recommendation in its entirety.

　　　Accordingly, **IT IS HEREBY ORDERED**:

ORDER ADOPTING REPORT AND RECOMMENDATION ~ 1

1. The Report and Recommendation, **ECF No. 27**, is **ADOPTED in its entirety**.

2. The Defendant's Motion for Summary Judgment, **ECF No. 21**, is **GRANTED**.

3. The above-captioned complaint is **DISMISSED with prejudice**.

4. Judgment shall be entered for the Defendant

**IT IS SO ORDERED.**

The District Court Executive is directed to file this Order and provide copies to the Plaintiff, counsel for the Defendant , the magistrate judge, and **close** the file.

**DATED** this 10th day of May, 2011.

                                      *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                Chief United States District Court Judge