UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRUCE LOWELL WILLIAMS, II, | ) |
| Plaintiff, | ) |
| v. | ) CV-10-5021-CI |
| SERGEANT R. MORGAN, | ) **JUDGMENT** |
| Defendant. | ) |

**DECISION BY THE COURT:**

This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED** that the Report and Recommendation is **ADOPTED**. Defendant's Motion for Summary Judgment is **GRANTED** and Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED: May 10, 2011

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk